

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G–8
Los Angeles, CA 90012
Tel: (213) 894–3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701–4516
(714) 338–4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328–4450

**KIRY K. GRAY**
Clerk of Court

January 6, 2016

Superior Court for the State of California at Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012

Re:  Case Number:        2:15–cv–07428–PA–JC
     Previously Superior Court Case No.    BC590971
     Case Name:       E.W. V. TALENT PARTNERS COMMERCIAL SERVICES, LLC ET AL.

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on    01/05/2016   , the above–referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U.S. District Court

By:  /s/ *Lori Muraoka*
     Deputy Clerk
     213–894–1532
     Western Division

*cc: Counsel of record*

---

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

_____                    By: _____
Date                                           Deputy Clerk

CV–103 (10/15)    LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT (CIVIL)