

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| | **WESTERN DIVISION**<br>312 North Spring Street, Room G-8<br>Los Angeles, CA 90012<br>Tel: (213) 894-3535 | **SOUTHERN DIVISION**<br>411 West Fourth Street, Suite 1053<br>Santa Ana, CA 92701-4516<br>(714) 338-4750 |
| **KIRY K. GRAY**<br>Clerk of Court | | **EASTERN DIVISION**<br>3470 Twelfth Street, Room 134<br>Riverside, CA 92501<br>(951) 328-4450 |

January 6, 2016

Superior Court for the State of California at Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012

FILED
CLERK, U.S. DISTRICT COURT
JAN 19 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

Re:   Case Number:   2:15-cv-07428-PA-JC
      Previously Superior Court Case No.:   BC590971
      Case Name:   E.W. V. TALENT PARTNERS COMMERCIAL SERVICES, LLC ET AL.

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on ___01/05/2016___, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U.S. District Court

By: /s/ Lori Muraoka
Deputy Clerk
213-894-1532
Western Division

cc: Counsel of record

---

Receipt is acknowledged of the documents described herein.

January 6, 2016
Date

Clerk, Superior Court

By: _____
Deputy Clerk

CV-103 (10/15)   LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)